584 A.2d 245

BOGUSLAW OCZKOWSKI v. PATRICIA OCZKOWSKI.

June 11, 1990.

Petition for certification denied.

584 A.2d 245

IN THE MATTER OF THE PAROLE DENIAL OF
ALBERT COMPOLATTARO, SR.

June 11, 1990.

Petition for certification denied.

584 A.2d 245

RONALD CHERNOW v. ANGELO REYES.

June 11, 1990.

Petition for certification denied.   (See 239 *N.J.Super.* 201, 570 *A.*2d 1282)

584 A.2d 245

RONALD CHERNOW v. ANGELO REYES, ET AL.

June 11, 1990.

Cross-petition for certification denied.   (See 239 *N.J.Super.* 201, 570 *A.2d* 1282)